UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO AGUIRRE-URBINA, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>        Defendant - Appellant. | Nos. 21-36024, 21-36025<br><br>D.C. No. 3:17-cv-05769-RJB<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

The supplemental brief submitted by State of Washington on March 22, 2024 is filed.

Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT