

berger@sgb-law.com

January 30, 2025

Via U.S. Mail and email (maria.b.evangelista@tr.com)

Thomson Reuters
610 Opperman Drive
PO Box 64526
Eagan, MN 55123

Re: *Nwazour v. Geo Group*, __ F.4th __, No. 21-36024 (9th Cir. Jan. 16, 2025)

To Whom it May Concern:

I am co-counsel for the class in *Nwazour v. Geo Group*. The slip opinion published by the court on January 16, 2025 includes both Jamal Whitehead and Andrew Free as co-counsel, both of whom filed notices of withdrawal. Mr. Whitehead's Notice of Withdrawal was filed on March 10, 2023 (Dkt. 99) and Mr. Free's on July 1, 2022 (Dkt. 77). I am therefore writing to request that you correct the published opinion and remove their names as co-counsel in this matter.

If you have any questions, please feel free to reach out to me at berger@sgb-law.com. Thank you for your assistance with this matter.

Best regards,

ADAM BERGER

Cc: Ninth Circuit Clerk's Office (via CM/ECF)
All counsel (via CM/ECF)