# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 13, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: The GEO Group, Inc., a Florida Corporation
        v. Ugochukwu Nwauzor, et al.
        No. 25-828
        (Your No. 21-36024, 21-36025)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 9, 2026 and placed on the docket January 13, 2026 as No. 25-828.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst